# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---:|---|
| **Debtor:** | SANTA PAULA OIL, INC. |
| **Case Number:** | 09-10661-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 27, 2009 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

STATUS CONFERENCE ON CHAPTER 11 PETITION

### Appearances:

BRUCE R. BABCOCK, ATTORNEY FOR SANTA PAULA OIL, INC.
HAEJI HONG, ATTORNEY FOR OFFICE OF THE US TRUSTEE

### Disposition:

Off calendar