# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SANTA PAULA OIL, INC. |
| **Case Number:** | 09-10661-LT11      **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 27, 2010 02:30 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) MOTION TO SELL FREE & CLEAR OF LIENS  FILED ON BEHALF OF SANTA PAULA OIL, INC. (fr 3/30/10)

2) UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7 OR DISMISSS

3) MOTION FOR RELIEF FROM STAY,  RS # DRP-1 , FILED ON BEHALF OF US BANK (fr 4/2/10)

### Appearances:

BRUCE R. BABCOCK, ATTORNEY FOR SANTA PAULA OIL, INC.
HAEJI HONG, ATTORNEY FOR OFFICE OF THE US TRUSTEE
DAVID BRITTON, ATTORNEY FOR NICK ARTHMAN
THOMAS GORRILL, ATTORNEY FOR US BANK

### Disposition:

2) Case dismissed, order from Hong

1 & 3) Off calendar