CSD 1001C [11/15/04]
Name, Address, Telephone No. & I.D. No.
HAEJI HONG, ATTORNEY #198503
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Order Entered on May 11, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

SANTA PAULA OIL, INC.

Debtor-in-Possession.

**LODGED**

BANKRUPTCY NO. 09-10661-LT11

Date of Hearing: April 27, 2010
Time of Hearing: 2:30 p.m.
Name of Judge: Hon. Laura S. Taylor

## ORDER DISMISSING CASE AFTER HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7 CASE OR IN THE ALTERNATIVE DISMISS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of two (2) pages, is granted. Notice of Lodgment Docket Entry No. 130

//
//
//
//
//
//
//

DATED: May 11, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

OFFICE OF THE UNITED STATES TRUSTEE
/s/ Haeji Hong
Haeji Hong
Attorney for the Movant, United States Trustee

CSD 1001C

CSD 1001C [11/15/04](Page 2)
ORDER DISMISSING CASE AFTER HEARING ON UNITED STATES TRUSTEE'S MOTION TO CONVERT TO CHAPTER 7 CASE OR IN THE ALTERNATIVE DISMISS
DEBTOR: SANTA PAULA OIL, INC.                                    CASE NO: 09-10661-LT11

The Acting United States Trustee (the "UST" or "United States Trustee") filed her Motion to Convert to Chapter 7 Case Or in the Alternative Dismiss on November 4, 2009 (the "Dismissal Motion"), as Docket Item #22. The Dismissal Motion was properly noticed and the hearing on the Dismissal Motion was held on December 17, 2009 at 10:00 a.m. (the "First Hearing"). Santa Paula Oil, Inc., the Debtor-in-Possession (the "Debtor"), filed an Opposition to the Dismissal Motion on November 23, 2009, as Docket Item #37. Appearances were made as noted on the record at the First Hearing, and the First Hearing was continued to February 4, 2010. On December 18, 2009, the Court entered an Order on United States Trustee's Motion to Convert to Chapter 7 Case or in the Alternative Dismiss Case After Hearing, as Docket Item #49, continuing the First Hearing to February 4, 2010 (the "Second Hearing"). At the Second Hearing, appearances were made as noted on the record, and the Second Hearing was continued to April 15, 2010. On February 5, 2010, the Court entered an Order Continuing the Hearing on United States Trustee's Motion to Convert Case to Chapter 7 Case or in the Alternative Dismiss Case, as Docket Item #72, continuing the Second Hearing to April 15, 2010 (the "Third Hearing"). On March 30, 2010, the Court continued the Third Hearing to April 27, 2010 at 2:30 p.m. (the "Fourth Hearing") to hear the Dismissal Motion with other matters.

At the Fourth Hearing, Bruce Babcock appeared on behalf of the Debtor, David Britton appeared on behalf of Nick Arthman, Thomas Gorrill appeared on behalf of U.S. Bank, and Haeji Hong appeared on behalf of the United States Trustee.

Based on all of the pleadings filed, arguments heard at the First Hearing, Second Hearing, and Fourth Hearing, and for good cause, the Court granted the Dismissal Motion. The Court found that cause exists to grant the Dismissal Motion based on, in part, (1) substantial or continuing loss or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; and (2) unexcused failure to file timely filing requirement of operating reports.

**THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Bankruptcy Local Rule 7041-3.
3. All stays now in effect for this case are vacated.

CSD 1001C

*Signed by Judge Laura Stuart Taylor May 11, 2010*